UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Adam Lee Sterling,

        Plaintiff,

vs.                                                                      ORDER ADOPTING THE
                                                                       REPORT AND RECOMMENDATION

Steve Hammer,

        Defendant.                                  Civ. No. 15-3983 (ADM/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**

    1.    That Plaintiff Adam Sterling's Application to Proceed in District Court Without Prepaying Fees or Costs, [Docket No. 2], is **DENIED**.

    2.    That Sterling's Complaint is **DISMISSED WITH PREJUDICE** under 28 U.S.C. § 1915A.

    3.    That Sterling's Motions for an "order to P.r.e.A", [Docket No. 3] is **DENIED** as moot.

    4.    That Sterling's Motions to change his name to Christine Taylor, [Docket No. 6], is **DENIED** as moot.

    5.    That Sterling's Motion for a "pizza party", [Docket No. 7] is **DENIED** as moot.

LET JUDGMENT BE ENTERED ACCORDINGLY.

                                                  s/Ann D. Montgomery
                                                Ann D. Montgomery, Judge
DATED: December 9, 2015           United States District Court
At Minneapolis, Minnesota